UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ELIZABETH ANNE MAHONEY, and
ALICIA BENTING, and
RICHARD BENTING,

                    Plaintiffs,

            v.                                              CIVIL ACTION No.

ELI LILLY AND COMPANY, *et al.*,
Lilly Corporate Center,
Indianapolis, IN 46285,

                    Defendants.

## **CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

ELI LILLY AND COMPANY

Lawrence H. Martin, D.C. Bar No. 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

and

James J. Dillon, D.C. Bar No. 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: November 30, 2006

## CERTIFICATE OF SERVICE

I certify that on November 30, 2006, a true copy of the foregoing Rule 7.1 Certification was served by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorneys for Plaintiffs**

Sidney G. Leech, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202
**Attorneys for Bristol-Myers Squibb Company**

John Anderson, Esq.
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Center
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Elizabeth Ewert, Esq.
Drinker Biddle & Reath
1500 K Street, N.W., Suite 1100
Washington, DC 20005-1209
**Attorneys for Pharmacia and Upjohn Company**

Christopher J. Garvey, Esq.
Diana M. Scharf, Esq.
Goodwin Proctor LLP
599 Lexington Avenue
New York, New York 10022
**Attorneys for Premo Pharmaceutical Laboratories Inc.**

Kathleen Bustraan, Esq.
Lord & Whip
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, MD 21201
**Attorneys for Lannett Company, Inc.**

Ashley W. Hardin, Esq.
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
**Attorneys for Wyeth, Inc.**

_____
Betty Marroquin