UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH ANN MAHONEY, et al.         *

    Plaintiffs         *

              Civil Action No.: 06-CA-2043 RMU

v.         *

ELI LILLY & COMPANY, et al.         *

    Defendants         *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE TO ENTER APPEARANCE

Mr. Clerk:

Please enter the appearance of Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP as attorneys for Bristol-Myers Squibb Company in the above-captioned case.

                        /s/
                  Sidney G. Leech  (D.C. Bar No. 359071)
                  Goodell, DeVries, Leech & Dann, LLP
                  One South Street, 20th Floor
                  Baltimore, Maryland 21202
                  410-783-4000
                  ***Attorneys for Defendant***
                  ***Bristol-Myers Squibb Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2006, a copy of Bristol-Myers Squibb Company's Notice to Enter Appearance was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Lawrence H. Martin, Esquire
Foley Hoag, LLP
1875 K Street, N.W., Suite 800
Washington, D.C. 20006-1238

James J. Dillon, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendant Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland 21201; *Attorneys for Lannett Company, Inc.*

F. Lane Heard, III, Esquire
Ashley W. Hardin, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005; *Attorneys for Wyeth*

                                              /s/
                                    Sidney G. Leech