IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIZABETH ANN MAHONEY, et al. | * | |
| Plaintiffs | * | Civil Action No.: |
| vs. | * | 1:06-CV2043(RMU) |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Dear Mr. Clerk:

Please enter the appearance of Kathleen M. Bustraan and Lord & Whip, P.A. as counsel for the defendant, Lannett Company, Inc., in the above captioned matter.

/s/Kathleen M. Bustraan
Kathleen M. Bustraan
Bar No.: MD24417
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
410-539-5881
Attorneys for Lannett Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 5th day of December, 2006, that a copy of the foregoing Notice of Entry of Appearance was mailed, first class, postage prepaid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Aaron Bailey, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, New York 10022

Lawrence H. Martin, Esquire
Foley Hoag, LLP
1875 K. Street, NW, Suite 800
Washington, DC. 20006-1238

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

John S. Anderson, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Sallie F. Pullman, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

James J. Dillon, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center
Boston, MA 02210-2600

Ashley Hardin, Esquire
Williams & Connelly, LLP
725 12th Street, NW
Washington, DC 20005

/s/Kathleen M. Bustraan
Kathleen M. Bustraan