UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH ANNE MAHONEY, et al.,

                Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

                Defendants.

Civil Action No. 06-cv-2043 (RMU)

## NOTICE OF APPEARANCE

The Court will please enter the appearance of Aaron M. Bailey (#484262) as counsel for the defendant Premo Pharmaceutical Laboratories, Inc., in the above-captioned matter. I certify that I am admitted to practice in this court.

                GOODWIN PROCTER LLP

                By: /s/ Aaron M. Bailey
                Aaron M. Bailey, Esq. (Bar # 484262)
                901 New York Avenue, N.W.
                Washington, D.C. 20001
                Telephone:  (202) 346-4000
                Facsimile:  (202) 346-4444
                Abailey@goodwinprocter.com
                *Attorneys for Defendant Premo*
                *Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana Scharf, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Dscharf@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 5, 2006, as follows:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
*Attorneys for Plaintiff*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Emily J. Laird, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

AND

David W. Brooks, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker Biddle & Realth LLP
1500 K Street, N.W., Suite 1100
Washington, DC 20005-1209
*Attorneys for Merck & Company, Inc.,*
*Pharmacia and Upjohn Company, and*
*Ortho-McNeil Pharmaceuticals, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Dart Industries, Inc.*

Janet K. Coleman, Esquire
Daniel Whitney, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland  21204
*Attorneys for GlaxoSmithKline, Inc.*

Sean C.E. McDonough, Esquire
David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Jennifer G. Levy
Kirkland & Ellis, LLP
655 15th Street, N.W.
Suite 1200
Washington, DC 20005-5793
*Attorneys for Abbott Laboratories, Inc.*

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street
Suite 2600
Baltimore, MD 21202
*Attorneys for Elan Pharmaceuticals*

GlaxoSmithKline, Inc.,
a successor to S.E. Massengill and
Burroughs-Wellcome Co.
1500 K Street, N.W.
Washington, DC 20036
*Defendant*

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221
*Defendant*

Elan Pharmaceuticals,
a successor to Carnrick Laboratories, Inc.
c/o CT Corporation
1025 Vermont Avenue, N.W.
Washington, DC 20005
*Defendant*

                                                    /s/ Aaron M. Bailey
                                                   Aaron M. Bailey (Bar # 484262)