IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIZABETH ANN MAHONEY, et al. | * | |
| Plaintiffs | * | Civil Action No.: |
| vs. | * | 1:06-CV2043(RMU) |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS

The certificate required by Local Rule of Civil Procedure 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Lannett Company, Inc., certify to the best of my knowledge, and belief, the following are parent companies, subsidiaries, or affiliates of Lannett Company, Inc., which have any outstanding securities in the hands of the public: None.

These representations are made in order that the judges of this Court may determine the need for recusal.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan
Bar No.: MD24417
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
410-539-5881
Attorneys for Lannett Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December, 2006 the following copy of Lannett Company, Inc.'s Disclosure of Corporate Affiliations and Financial Interests was sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Lawrence H. Martin, Esquire
Foley Hoag, LLP
1875 K. Street, NW, Suite 800
Washington, DC. 20006-1238

John S. Anderson, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

Ashley Hardin, Esquire
Williams & Connelly, LLP
725 12th Street, NW
Washington, DC 20005

Aaron Bailey, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, New York 10022

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

Sallie F. Pullman, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

James J. Dillon, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center
Boston, MA 02210-2600

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan