UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH ANNE MAHONEY, ET AL.,

    Plaintiffs,

  v.

ELI LILLY AND COMPANY, ET AL.,

    Defendants.

Civil Action No. 1:06-CV-02043-RMU

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

    The Court will please enter the appearance of **Sarah S. Keast, Esq.** (# 493632) as counsel for the Defendant Premo Pharmaceutical Laboratories, Inc., in the above-captioned matter. I certify that I am admitted to practice in this court. In addition, please withdraw the appearance of **Aaron M. Bailey, Esq.** as attorney for the Defendant, Premo Pharmaceutical Laboratories, Inc.

    Respectfully submitted,

      /s/ Sarah S. Keast
Sarah S. Keast (#493632)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 346-4000
(202) 346-4444 (fax)
skeast@goodwinprocter.com
*Attorneys for Defendant,*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
(212) 355-3333 (fax)


Dated:  May 16, 2007


LIBW/1628570.1

-2-