IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH ANNE MAHONEY, et al.,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| ) | **Case No. 1:06CV02043RMU** |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ENTRY OF APPEARANCE

F. Lane Heard, III, Ashley W. Hardin, and the law firm of Williams & Connolly LLP hereby enter their appearance as counsel of record for defendant Wyeth. Mr. Heard and Ms. Hardin are admitted to practice in this Court.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____/ s /_____
F. Lane Heard, III (DC Bar No. 291724)
Ashley W. Hardin (DC Bar No. 482251)

725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Wyeth*

Dated: August 24, 2007

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 24, 2007, a true copy of Wyeth's Entry of Appearance was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

_____/s/_____

Ashley W. Hardin