IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHONEY, *et al.*,

Plaintiffs,

v.

ELI LILLY AND CO., *et al.*,

Defendants.

CASE NO. 1:06-cv-02043-RMU

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE OF DEFENDANT WYETH**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Alicia and Richard Benting hereby dismiss all their claims in the above-referenced action as to defendant Wyeth with prejudice and without costs to any party. All rights of appeal are hereby waived.

The dismissal by Alicia and Richard Benting of all claims in this action do not affect the claims against Wyeth by Plaintiff Elizabeth Anne Mahoney.

By their attorneys,

/s/ Aaron M. Levine
Aaron M. Levine
Steven J. Lewis

**AARON M. LEVINE & ASSOCIATES**
1320 Nineteenth Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040

***Attorneys for Plaintiffs Alicia and Richard Benting***

By its attorneys,

/s/ F. Lane Heard III
F. Lane Heard III

**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

***Attorneys for Defendant Wyeth***

DATED: December 13, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2007, a true copy of the foregoing Stipulation of Dismissal With Prejudice of Defendant Wyeth was electronically filed with the Clerk of Court using the CM/ECF system and served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036

*Attorneys for Plaintiffs*

Christopher J. Garvey
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202

*Attorneys for Bristol-Myers Squibb Company*

James J. Dillon
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600

*Attorneys for Eli Lilly Company*

Elizabeth Ewert
DRINKER BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

*Attorneys for Pharmacia and Upjohn Company*

Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW, Suite 800
Washington, DC 20006

*Attorneys for Eli Lilly and Company*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia 22102

*Attorneys for Dart Industries, Inc.*

/s/ F. Lane Heard III
F. Lane Heard, III