# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELIZABETH ANN MAHONEY, et al.     *

        Plaintiffs                *

                                 Civil Action No.: 06-CA-2043
v.                         *    (RMU/AK)

ELI LILLY & COMPANY, et al.     *

        Defendants              *

         *     *     *     *     *     *     *     *     *

## DEFENDANT'S 26(a)(2) STATEMENT

Bristol-Myers Squibb Company, Defendant, by its attorneys, Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP, submits, pursuant to this Court's Scheduling Order, the statements of the following experts who may be called as witnesses at the trial of this case:

    1.       Stephen G. Somkuti, M.D., Ph.D.
               1245 Highland Avenue, Suite 404
               Abington, Pennsylvania 19001-3775

Dr. Somkuti is Associate Professor in the Department of Obstetrics and Gynecology and Reproductive Sciences at the Temple University School of Medicine. Dr. Somkuti is the Director of the Toll Center for Reproductive Sciences and Clinical Assistant Professor of Obstetrics and Gynecology at Jefferson Medical College. Dr. Somkuti also maintains a private practice of Obstetrics and Gynecology and of Reproductive Endocrinology with Abington Reproductive Medicine, P.C.

Dr. Somkuti is an expert in the field of Obstetrics, Gynecology and Reproductive Endocrinology. Dr. Somkuti is a board-certified Obstetrician and Gynecologist, with a subspecialty certified in Reproductive Endocrinology, with over thirteen years of

experience, having treated thousands of patients with infertility, including those with DES exposure. Dr. Somkuti has lectured extensively on recurrent miscarriage and has recently authored a review textbook on Obstetrics and Gynecology.

Dr. Somkuti will testify to a reasonable degree of medical probability that the infertility of Elizabeth Anne Mahoney was not causally related to her *in utero* exposure to DES, but was more likely caused by other etiologies. Dr. Somkuti may also testify in rebuttal to the testimony of Plaintiffs' experts.

A copy of Dr. Somkuti's curriculum vitae is attached as "Exhibit A" and is incorporated herein. Dr. Somkuti's report concerning Elizabeth Anne Mahoney consists of two pages and is attached hereto as "Exhibit B" and is incorporated herein by reference.

Dr. Somkuti will testify based on reasonable medical probability that Elizabeth Anne Mahoney has a history of smoking which is a known risk factor, which may diminish egg quality and increase the risk of fertility problems.

Dr. Somkuti will testify, based on reasonable medical probability, that Elizabeth Anne Mahoney underwent laparoscopy on November 15, 1989 and was found to have pelvic adhesions, and the right ovary was noted to be adhered to the posterior leaf of the broad ligament. In addition, a left paratubal cyst was also removed. There is also a notation that she had a previous surgery with a cystectomy as a child. He will also testify that Elizabeth Anne Mahoney had a laparotomy for a ruptured right ampullary ectopic pregnancy on August 21, 1996 with evacuation of a hemoperitoneum and a salpingostomy to remove the ectopic. She also underwent a hysteroscopy on March 23, 2006 where filmy intrauterine adhesions were found and lysed. He will further testify

2

that once these adhesions were removed, the tubal ostia were both then visualized. He will also testify that the records indicate that Elizabeth Anne Mahoney's uterus was noted to be arcuate in shape.

Dr. Somkuti will testify, based on a reasonable medical probability, that the records of Elizabeth Anne Mahoney indicate that as of December 7, 1987 she was sexually active and underwent multiple treatments for vaginal warts/condyolmata. He will also comment that there is a note dated December 14, 1987, indicating that Elizabeth Anne Mahoney received sexually transmitted disease counseling. Dr. Somkuti will further testify that women with previous sexually transmitted diseases are at risk for pelvic adhesions and scarring, as well as microscopic fallopian tube scarring that predisposes one to fertility problems, as well as ectopic pregnancies.

Dr. Somkuti will further testify, based on reasonable medical probability, that Elizabeth Anne Mahoney had a history of irregular menstrual cycles as noted on March 28, 1988. He will also comment on a note dated January 23, 2002 which refers to Mrs. Mahoney's irregular and heavy periods with skipping months.

Dr. Somkuti will further testify, based on reasonable medical probability, concerning Elizabeth Anne Mahoney's consultation with Boston IVF with her new partner on January 9, 2006, at which time she was 37-years-old and, therefore, of advanced maternal age. Dr. Somkuti will testify that Elizabeth Anne Mahoney's new partner has had a vasectomy and, as a result, they would require the use of IVF with sperm aspiration procedure for them to achieve a pregnancy or, alternatively, undergo a vasectomy reversal attempt.

In summary, Dr. Somkuti will testify that Elizabeth Anne Mahoney has multiple reasons for her infertility, including her multiple gynecological surgeries, including removal of pelvic adhesions and scar tissue around the ovary, as well as tubal surgery for an ectopic pregnancy, a cystectomy, intrauterine scar tissue, irregular periods, smoking, a history of sexually transmitted disease, advanced maternal age, and a new partner with a vasectomy.

Dr. Somkuti will also testify, based on reasonable medical probability, that his review of the medical records of Alicia Benting reveal no evidence that the medication, DES was prescribed to her mother while she was pregnant with Alicia Benting. Dr. Somkuti reviewed prenatal records from April 16, 1969 to January 23, 1970 concerning the pregnancy with Alicia Benting.

Dr. Somkuti will also testify that the records reflect that a pelvic ultrasound performed for pelvic pain on February 9, 2005 indicated that Alicia Benting had two complex cysts on her left ovary. He will also comment on the records dated May 9, 2005 that indicate Alicia Benting had undergone cryosurgery in the past for an abnormal PAP smear. Dr. Somkuti will comment, based on reasonable medical probability, that the cryosurgery procedure is a known risk factor for developing cervical stenosis. He will comment that the records indicate that Alicia Benting was counseled on the impact of her advanced maternal age. He will comment that the records reflect that Alicia Benting was placed on one cycle of ovulation induction medication, Clomiphene Citrate.

Dr. Somkuti will further testify that the records reflect that Alicia Benting underwent a cervical dilation procedure on September 22, 2005, after which she obtained a spontaneous conception within four months. Dr. Somkuti will further comment on the

records concerning whether or not the placement of a cerclage was indicated in the absence of a history of cervical incompetence. Dr. Somkuti will further testify that nevertheless a McDonald cerclage was placed in Alicia Benting on May 3, 2006. Dr. Somkuti will further testify, based on the records reviewed, that during Alicia Benting's entire prenatal course, both before and after cerclage placement, the cervical length is documented to appear normal and remained long and closed. Dr. Somkuti will further comment on this pregnancy, indicating that Alicia Benting delivered a healthy, full-term 6 lb. 2 oz. male infant on September 5, 2006 after Pitocin induction for oligohydramnios.

Dr. Somkuti's report on Alicia Benting, which consists of two pages, is attached hereto as "Exhibit C" and incorporated herein.

In summary, Dr. Somkuti will testify that there is a lack of evidence that Alicia Benting was ever exposed to DES. He will comment that the previous cryosurgery performed on Alicia Benting increased her risk for cervical stenosis, and that a history of ovarian cysts, possible anovulation and Alicia Benting's advanced maternal age are all alternative explanations for her reproductive situation. Dr. Somkuti will testify, based on reasonable medical probability, that there was no evidence of cervical incompetence before or after the cerclage placement, and that Alicia Benting delivered a full-term, healthy child.

2.    Leonard J. Lerner, Ph.D.
      Department of Biochemistry & Molecular Pharmacology
      Jefferson Medical College
      Thomas Jefferson University
      1020 Locust Street
      Philadelphia, Pennsylvania  19107

Dr. Lerner is an expert in the field of pharmacology and reproductive endocrinology and has been engaged in the investigation and research of drugs and

chemical agents that may be ingested by women during pregnancy. Dr. Lerner has spent his entire career studying, researching and teaching about the relationship between sex hormones such as estrogen, including diethylstilbestrol ("DES"), cancer and reproduction. Dr. Lerner has reviewed the literature as to the state-of-the-art, safety and efficacy of DES and will testify that Bristol-Myers Squibb Company, or its predecessor had insufficient information as to the dangers of teratological effects of synthetic estrogen ingested by pregnant women. Dr. Lerner is expected to testify generally about the principles of public health, clinical pharmacology, reproductive endocrinology, as they relate to the considerations of the safety and efficacy of DES. Dr. Lerner will testify that Bristol-Myers Squibb Company or its predecessor was reasonable and acted in accordance with industry, clinical and epidemiological practices in the manner in which it responded to the adverse events that were reported to be associated with the drug.

Dr. Lerner may also testify in rebuttal to the testimony of Plaintiff's experts. Dr. Lerner's curriculum vitae is attached hereto as "Exhibit D" and is incorporated herein.

3.      This Defendant reserve its right to call Edith Potter, M.D. (deceased) (by deposition or videotape deposition).

4.      This Defendant reserves its right to call Theodore G. Klumpp, M.D., (deceased) (by deposition or videotape deposition).

5.      This Defendant reserves it right to call Don Carlos Hines, M.D. (deceased) (by deposition or by video deposition).

6.      This Defendant reserves its right to offer the opinions of any fact or "hybrid" fact/expert witnesses, on any matter within their area of expertise, including all

of the treating physicians of Elizabeth Anne Mahoney and Alicia Benting, and this Defendant's employees or former employees and company consultants.

The aforementioned expert opinions may be amended and/or supplemented as discovery progresses. Since none of Plaintiffs' experts have yet been deposed in the above-captioned case, this designation is preliminary. This designation will be supplemented, as necessary, after the depositions of the Plaintiffs and Plaintiffs' experts have been completed and all other discovery and investigation has been completed in the above-captioned case.

Respectfully submitted,

/s/_____

Sidney G. Leech  (D.C. Bar No. 359071)
Malcolm S. Brisker (D.C. Bar No. 472101)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4000
sgl@gdldlaw.com
***Attorneys for Defendant***
***Bristol-Myers Squibb Company***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2008, a copy of Bristol-Myers Squibb Company's Rule 26(a)(2) Statement was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Brian Henninger, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendant Pharmacia and Upjohn Company*

Elizabeth A. Billingsley, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland 21201; *Attorneys for Lannett Company, Inc.*

Neelum J. Wadhwani, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C.  20005; *Attorneys for Wyeth*

/s/_____
Sidney G. Leech

**EXHIBIT A**

CURRICULUM VITAE

NAME            Stephen G. Somkuti, M.D., Ph.D., F.A.C.O.G.

ADDRESS         Abington Reproductive Medicine, P.C.
                Division of Reproductive Medicine
                Department of Obstetrics and Gynecology
                1245 Highland Avenue Suite 404
                Abington, PA 19001
                (215) 887-2010       Fax (215) 887-3291
                Email: ssomkuti@abington-repromed.com or nyuszogo@aol.com

MARITAL STATUS          Married: Andrea Katalin  Children: Livia and Michael

PRESENT ACADEMIC AND HOSPITAL APPOINTMENTS

    1995      Attending Physician, Division of Reproductive Endocrinology
              Department of Obstetrics and Gynecology, Abington Memorial Hospital,
              Abington, PA
    1995      Attending Physician, Department of Obstetrics and Gynecology,
              Lower Bucks Hospital, Bristol, PA
    1995      Attending Physician, Department of Obstetrics and Gynecology,
              Doylestown Hospital, Doylestown, PA
    1995      Clinical Assistant Professor, Division of Reproductive Endocrinology
              Department of Obstetrics and Gynecology, Jefferson Medical College,
              Philadelphia, PA
    1995      Visiting Scientist, Department of Biology, Lehigh University,
              Bethlehem, PA
    1996      Clinical Assistant Professor, Division of Reproductive Endocrinology
              Department of Obstetrics and Gynecology, Temple University School of
              Medicine, Philadelphia, PA
    1998      Medical Director, In Vitro Fertilization Program, The Toll Center for
              Reproductive Medicine, Abington Memorial Hospital, Abington, PA

EDUCATION

    1982      B.A./B.A., (Biology/German) Lehigh University, Bethlehem, PA
    1986      Ph.D., (Reproductive Toxicology and Pharmacology) Duke University,
              Durham, NC
    1989      M.D., University of North Carolina at Chapel Hill, Chapel Hill, NC
    1993      Residency, Obstetrics and Gynecology, Duke University Medical Center,
              Durham, NC
    1995      Fellowship, Reproductive Endocrinology and Fertility, Memorial
              Hospital University of North Carolina at Chapel Hill, Chapel Hill, NC

## HONORS AND AWARDS

| | |
|---|---|
| 1978 | Freshman Lehigh University Honors |
| 1979 | Baylor College of Medicine Summer Student Program in Cell Biology |
| 1980 | Baylor College of Medicine Summer Student Program in Cell Biology |
| 1981 | Omicron Delta Kappa, (ODK) Leadership Honor Society |
| 1982 | National Institutes of Health Predoctoral Traineeship Award |
| 1985 | Sigma Xi, Scientific Honor Society |
| 1985 | National Institutes of Health Pharmacology Research Associate Award (PRAT) |
| 1986 | Society of Toxicology Predoctoral Award |
| 1986 | Duke University Graduate School Honors |
| 1988 | Society of Toxicology Predoctoral Award |
| 1986 | Recipient of Student Foreign Fellowship for Study Abroad, UNC School of Medicine |
| 1987 | First Place Poster Award at Student Research Day, UNC School of Medicine |
| 1988 | UNC School of Medicine Senior Year Honors |
| 1992 | First Pace Award, Resident Research Day Competition, Duke University OB/GYN |
| 1993 | First Pace Award, North Carolina ACOG Annual Meeting Resident's Research Paper Competition |
| 1994 | Second Prize, District IV ACOG Annual Meeting, Poster Presentation |
| 1999 | "Top Doc" for Women's Health in Infertility, Philadelphia Magazine |

## SPECIALTY BOARD CERTIFICATIONS

| | |
|---|---|
| 1996 | Board Certified, American Board of Obstetrics and Gynecology |
| 1998 | Board Certified, American Board of Obstetrics and Gynecology, Subspecialty Reproductive Endocrinology and Infertility |

## LICENSURE

| | |
|---|---|
| 1990 | North Carolina # 39746 issued 9/29/90 |
| 1995 | Commonwealth of Pennsylvania Licensed Physician and Surgeon, # MD-055558-L issued 3/13/95 |

## PREVIOUS ACADEMIC AND HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1982 | Research Associate, Smith Kline and French Laboratories |
| 1986 | Postdoctoral Associate, Duke University Department of Pharmacology |
| 1987 | National Institutes of Environmental Health Sciences (NIEHS) Visiting Scientist |

| 1989-93 | Clinical Instructor, Obstetrics and Gynecology, Duke University |
| 1993-95 | Clinical Instructor, Reproductive Endocrinology, Obstetrics and Gynecology, University of North at Carolina Chapel Hill |

## EDITORIAL ACTIVITIES

| 1989-94 | Abstract Referee, Society for the Study of Reproduction |
| 1992- | Manuscript Referee, Reproductive Toxicology |
| 1993- | Manuscript Referee, Obstetrics and Gynecology |
| 1995- | Editorial Board, Reproductive Toxicology |
| 1995- | Manuscript Referee, Fertility and Sterility |
| 1999- | Advisory Panel, Obstetrics and Gynecology Management |

## PROFESSIONAL ORGANIZATION MEMBERSHIPS AND POSITIONS

| 1982- | Society of Toxicology |
| 1984- | American Society of Andrology |
| 1986- | North Carolina Medical Society |
| 1986-89 | American Medical Students Association |
| 1987- | Hungarian-American Medical Association |
| 1992- | American Society for Reproductive Medicine |
| 1995- | The Obstetrical Society of Philadelphia |
| 1996- | The Society for Male Reproduction and Urology |
| 1997- | American College of Obstetricians and Gynecologists, Fellow (FACOG) |
| 1998- | The Society for Reproductive Endocrinology and Infertility |
| 1998- | Board of Directors, Hungarian American Medical Association |
| 2000- | Consultant to the Obstetrics and Gynecology Devices Panel of the Medical Devices Advisory Committee, Center for Devices and Radiological Health, Food and Drug Administration (FDA) |

## TEACHING POSITIONS

| 1989-93 | Clinical Instructor, Duke University Medical Center, Medical Students Obstetrics and Gynecology Rotations |
| 1987-95 | Lecturer, Duke University, Mammalian Toxicology Course, Graduate Students |
| 1993-95 | Clinical Instructor, University of North Carolina at Chapel Hill, Medical Student Core Lecture in Reproductive Biology |
| 1995 | Member, Ph.D. Dissertation Committee, Lehigh University |
| 995 | Member, Resident Education Committee, Abington Memorial Hospital Residency Program in Obstetrics and Gynecology |

## RESEARCH GRANTS AND ONGOING STUDIES

1995-97     American Society for Reproductive Medicine/TAP Pharmaceuticals Research Grant in Reproductive Endocrinology. Growth Factor Regulation of Human Uterine Receptivity Markers in the Peri-implantation Period, $20,000. Principal Investigator: Stephen G. Somkuti, M.D., Ph.D.

1994-96     American College of Obstetricians and Gynecologists/Ciba Pharmaceutical Company Fellowship for Research in Endocrinology of the Postreproductive Woman. Integrin Expression in Cultured Human Endometrial Epithelium: An in vitro Study Characterizing Markers of Uterine Receptivity, $25,000. Principal Investigator: Stephen G. Somkuti, M.D., Ph.D.

1996     Serono Laboratories: An open label, multicenter, non-comparative phase 3, outpatient study to assess the safety of recombinant LH (r-LH) for compassionate use in patients undergoing ovulation induction for multiple follicular development for assisted reproductive technologies.

1999-     Participant in multicenter trial, Jefferson Medical College, Division of Reproductive Endocrinology: Multicenter randomized trial of the use of the Insulin sensitizing agent metformin in anovulatory polycystic ovary patients.

1999     Ferring Pharmaceuticals, Inc. Randomized open label multicenter study evaluating the efficacy of purified FSH in anovulatory and oligoovulatory female patients for ovulation induction.

1999     Jefferson Medical College, Division of Pediatric Endocrinology, Genetics of Ovarian Failure.

1999-     Lehigh University, Department of Biology. Anti-zonapellucida antibodies in women with premature ovarian failure.

2000-1     Ferring Pharmaceuticals, Inc. Randomized open label multicenter study evaluating the efficacy of purified FSH in female patients for in vitro fertilization.

2001-     Ferring Pharmaceuticals, Inc. Randomized open label, parallel group, multicenter, efficacy study in anovulatory or oligoovulatory infertile female patients comparing purified Repronex sc, purified repronex im, and repronex sc for ovulation induction.

2001     A randomized, open label, parallel group, multicenter, efficacy study comparing purified FSH sc and Follistim sc, In female patients undergoing In vitro fertilization (IVF)

2002     Femme Pharma, Inc. A multicenter, prospective, open-label evaluation of the use of intravaginally administered Danazol on patients with moderate to severe pain associated with endometriosis

2002–    Organon Pharmaceuticals, Inc. Oral contraceptive pretreatment for scheduling in Follistim/Antagon vs. Follistim/Lupron cycles in patients undergoing in vitro fertilization and Intracytoplasmic sperm injection (ICSI) treatment.

2002–    Biosense Corporation, Inc. An intravaginal devise (Biometer) for use in ovulation prediction and natural family planning.

## LANGUAGES

Hungarian
German

PUBLICATIONS

PEER-REVIEWED PAPERS

Somkuti, S.G., Hildebrandt, J.D., Herberg, J.T., and Iyengar, R., (1982). Divalent cation regulation of adenylyl cyclase, an allosteric site on the catalytic component. Journal of Biological Chemistry 257:6387-6393.

Lester, B.R., Sheppard, J.R., Burman, M., Somkuti, S.G., and Stassen, F.L., (1985). Desensitization of LLC-PK1 cells by vasopressin results in receptor down- regulation. Molecular and Cellular Endocrinology 40: 193-204.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV and Abou-Donia, M.B., (1987). Testicular toxicity following oral administration of tri-o-cresyl phosphate (TOCP) in roosters. Toxicology Letters 37:279-290.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1987). Reproductive tract lesions resulting from sub-chronic administration (63 days) of tri-o-cresyl phosphate in male rats. Toxicol. Appl. Pharmacol. 89:49-63.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1987). Time course of the TOCP-induced testicular lesion in F344 rats: enzymatic, hormonal, and sperm parameter studies. Toxicol. Appl. Pharmacol. 89:64-72.

Somkuti S.G., Tilson, H.E., Brown, R.E., Campbell, G.A., Lapadula, D.M., and Abou-Donia, M.B. (1988) Lack of delayed neurotoxic effect after tri-o-cresyl phosphate treatment in male Fischer 344 rats: biochemical, neurobehavioral and neuropathological studies. Fundam. Appl. Toxicol. 10, 199-205.

Chapin, R.E., Phelps, J.L., Somkuti, S.G., Heindel, J.H., and Burka, L.T. (1990) The interaction of Sertoli and Leydig cells in the testicular toxicity of tri-o-cresyl phosphate. Toxicol. Appl. Pharmacol. 104:483-495.

Somkuti, S.G. and Abou-Donia, M.B. (1990) Disposition, elimination, and metabolism of tri-o-cresyl phosphate following daily oral administration in Fischer 344 male rats. Arch. Toxicol. 64:572-579.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., and Abou-Donia, M.B. (1991). Light and electron microscopic evidence of tri-o-cresyl phosphate (TOCP)-mediated testicular toxicity in Fischer 344 rats. Toxicol. Appl. Pharmacol. 107:35-46.

Steege, J., Stout, A.L., and Somkuti, S.G. (1991) Chronic Pelvic Pain in Women: toward an integrative model. J. Psychosomatic Obstet. Gynecol. 12: suppl., 3-30.

Somkuti, S.G., Vieta, P.A., Daugherty, J.F., Hartley, L.W., and Blackmon, L.R. (1994) Transvaginal evisceration following hysterectomy in premenopausal women: a presentation of three cases. A.J. Obstet. Gynecol. 171:567-568

Somkuti, S.G., Sun, J., Yowell, C.W., Fritz, M.A., and Lessey, B.A. (1996) The effect of oral contraceptives on markers of endometrial receptivity. Fertil. Steril. 65:484-488.

Somkuti, S.G., Semelka, R.C., Davenport, M.A., and Fritz, M.A. (1996) Preoperative evaluation of intersex patients with pelvic magnetic resonance imaging in search of Y chromosome-bearing gonadal tissue. Fertil. Steril. 65:1062-1064.

Lessey, B.A., Ilesanmi, A.O., Castelbaum, A.J., Yuan, L., Somkuti, S.G., Satyaswaroop, P.G., and Chwalisz, K. (1996) Characterization of the functional progesterone receptor n a well-differentiated endometrial adenocarcinoma cell line (Ishikawa): Progesterone-induced expression of the alpha 1 integrin. J. Steroid Biochem Mol. Biol. 59:31-39.

Castelbaum, A.J., Ying, L., Somkuti, S.G., Sun, J., Ilesanmi, A.O., and Lessey, B.A. (1997) Characterization of integrin expression in a well differentiated endometrial adenocarcinoma cell line (Ishikawa). J Clin Endocrinol Metab 82: 136-142.

Somkuti, S.G., Yuan, Y., Fritz, M.A., and Lessey, B.A. (1997) Epidermal growth factor and sex steroids dynamically regulate a marker of endometrial receptivity in Ishikawa cells. J Clin Endocrinol Metab 82: 2192-2197.

Meyer, W.R., Castelbaum, A.J., Somkuti, S.G., Sagoskin, A.W., Doyle, M., Harris, J.E., and Lessey, B.A. (1997) Hydrosalpinges adversely affect markers of endometrial receptivity. Human Reprod. 12: 1393-1398.

Lessey, B.A., Somkuti, S.G., Castelbaum, A.J., Young, S.L., Wolf, L., and Fritz, M.A. (1998) Improvement on pregnancy rates with GnRH agonist in women with infertility, minimal, or mild endometriosis and aberrant $\alpha v \beta 3$ expression. Fertil. Steril. Submitted

Meyer, W.B., Beyler, S., Baker, T., Somkuti, S., Lowden, D., and Grainger, D. (1999) The value of post hCG estradiol in predicting pregnancy in assisted reproductive technologies. Fert Steril . submitted

Somkuti, S.G., Wachtel, S., Schinfeld, J., Jackson, L, Therapel, A. T., and DiGeorge, A. (2000) Monozygotic twins with discordant sex phenotype. Fert Steril 74:1254-6.

Wachtel, S.S., Somkuti, S.G., and Schinfeld, J.S. (2000) Monozygotic twins of opposite sex Cytogenet Cell Genet 91: 293-295

Estes, S.J., Laky, D.C., Hoover, L.M., Smith, S.E., Schinfeld, J.S., and Somkuti, S.G. (2003) Successful pregnancy resulting from cryopreserved pronuclear and cleaved embryos thawed and cultured to blastocysts, refrozen and transferred. J.Reprod Med (in press).

PEER-REVIEWED ABSTRACTS

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986) Testicular toxicity of tri-o-cresyl phosphate in Fisher 344 rats. The Toxicologist. 6, 29-P.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986).   The morphogenesis and ultrastructural development of the tri-o-cresyl phosphate induced testicular lesion in Fisher 344 rats. The Toxicologist 6, 290.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986).   The spectrum of tri-o-cresyl phosphate's effects on the male reproductive system: effects on multiple cell types. J. Andrology 7, 30-P.

Somkuti, S.G., Chapin, R.E., Lapadula, D.M., Othman, M.A., and Abou-Donia, M.B. (1988)   The metabolism of tri-o-cresyl phosphate (TOCP) by rat testis. The Toxicologist  8,118.

Chapin, R.E., Somkuti, S.G., Phelps, J.L., Heindel, J.J., Lapadula, D.M., and Abou-Donia, M.B. (1988) The effects of saligenin cyclic-o-tolyl phosphate (SCOTP) on primary sertoli cell cultures. The Toxicologist 8, 13.

Somkuti, S.G., Chapin, R.E., Lapadula, D.M., Othman, M.A., Heindel, J.J., and Abou-Donia, M.B. (1988) Metabolic activation of a reproductive toxicant by the testis: in vivo and in vitro studies. J. Andrology 9, 29-P.

Lei, Y., Castelbaum, A.J., Yowell, C.W., Somkuti, S.G., and Lessey, B.A. (1994) Characterization of integrin subunits in a hormone-responsive endometrial carcinoma cell line. 76th Annual Meeting of the Endocrine Society June 15-18, Anaheim, CA. Abstract # 197, p.250.

Somkuti, S.G., Heindel, J.J., and Chapin, R.E. (1994) Between in vivo and in vitro: Stage specific seminiferous tubules as a tool in mechanistic reproductive toxicology studies. J. Andrology 15,   69-P.

Somkuti, S.G., Yowell, C.W., and Lessey, B.A. (1994) The effect of oral contraceptives on markers of uterine receptivity. 50th Annual Meeting of the American Fertility Society November 5-10, San Antonio, TX Abstract # O-139, p. S68.

Somkuti, S.G., Yowell, C.W., Lei, Y., and Lessey, B.A. (1995) Epidermal growth factor and human uterine receptivity: regulation of the avb3 integrin vitronectin receptor. J. Soc. Gynecol. Invest. 2, O120.

Lessey, B.A., Castelbaum, A.J., Bellardo, L., Shell, K., Sun, ... and Somkuti, S.G. (1995) Defective endometrial receptivity, an under-appreciated cause of idiopathic recurrent pregnancy loss. 51rst Annual Meeting of the American Fertility Society October 7-12, Seattle, WA. Abstract # P-084, p. S76.

Meyer, W.B., Novotny, D.B., Wolf, L.J., Somkuti, S.G., Lessey, B.A. And Fritz, M.A. (1996) Effects of controlled ovarian hyperstimulation on endometrial maturation in oocyte donors. J. Soc. Gynecol. Invest. 3; P...

Lessey, B.A., Castelbaum, A.J., Somkuti, S.G., Harris, J., Sun, J., Young, S.L., and Wolf, L. (1996) Improvement on pregnancy rates with GnRH agonist in women with infertility, minimal, or mild endometriosis and aberrant $\alpha v\beta 3$ expression. 52nd Annual Meeting of the American Fertility Society November 2-6, Boston, MA Abstract # O-165, p. S82.

Meyer, W.B., Beyler, S., Baker, T., Somkuti, S., Lowden, D., and Grainger, D. (1998) The value of post hCG estradiol in predicting pregnancy in assisted reproductive technologies. 54th Annual Meeting of the American Fertility Society October 4-9, San Francisco, CA Abstract # P-089, p. S154.

Wachtel, S., Somkuti, S.G., Jackson, L, DiGeorge, A., Senzon, S., and Schinfeld, J. (1998) Monozygotic twins of opposite sex. Annual Meeting of the American Society of Genetics, Denver, CO.

Yudis, M., Ghantous, V., Sirota, R., Stein, H., Snipes, E., Gronich, J., Collins, D., Schinfeld, J., and Somkuti, S. (2000) Peritoneal drainage for refractory ascites and oliguric acute renal failure secondary to ovarian hyperstimulation syndrome- a probable abdominal compartment syndrome. Annual Meeting of the American Society of Nephrology JSAN 11:136A.

Marshall, D.C., Webster, B.B., Najmabadi, S., Dickey, R.P., Crain, J.L., Somkuti, S.G., Magarelli, P., Elkind-Hirsch, K., and Steinkampf, M.J. (2002) Highly Purified (HP) Repronex SC and HP-Repronex IM are as effective as Repronex SC in a prospective randomized clinical trial evaluating controlled ovarian hyperstimulation (COH) in patients undergoing in vitro fertilization (IVF). Fert Steril 77(4):suppl 3 S15.

## BOOK CHAPTERS, REVIEWS and LETTERS

Steege, J.F., Stout, A.L., and Somkuti, S.G. (1993) Chronic Pelvic Pain in Women: Toward an integrative model. Obstet. Gynecol. Survey 48(2): 95-110.

Somkuti, S.G. (1993) Part I. Contraception: New Progestins. Curr. Pract. Obstet. Gynecol. 13(4):2.

Somkuti, S.G. (1994) Part II. Contraception: New Progestin Delivery Systems. Curr. Pract. Obstet. Gynecol. 14(1):6.

Meyer, W. B. and Somkuti, S.G. (1994) Galactose and Ovarian Physiology. Seminars in Reproductive Endocrinology 12(2):85-89.

Somkuti, S.G. (1995) Environmental and Behavioral Factors Associated with Decreased Female Fertility. Infertility and Reproductive Medicine Clinics of North America 6(1): 77-93.

Somkuti, S.G. and Lessey, B.L. (1995) Advances in the Assessment of Endometrial Function. Infertility and Reproductive Medicine Clinics of North America 6(2):303-328.

Somkuti, S.G. And Vieta, P.A. (1995) Reply to the Editors: Transvaginal evisceration following hysterectomy in premenopausal women: a presentation of three cases. A.J. Obstet. Gynecol. 172:1656.

Lessey, B.A., Castelbaum, A.J., Somkuti, S.G., Yuan, L., and Chwalisz, K. (1997) Clinical Significance of Integrin Cell Adhesion Molecules as Markers of Endometrial Receptivity. The Endometrium as a Target for Contraception. Ernst Schering Research Foundation Workshop 18; 193-221.

Somkuti, S.G. editor  Pearls of Obstetrics and Gynecology (2001) Boston Medical Publishing Company

Olsen, Martin E. and Somkuti S.G. Pediatric and Adolescent Gynecology in Pearls of Obstetrics and Gynecology (2001) Boston Medical Publishing Company pp.257-263.

Somkuti, S.G. Hyperandrogenism in Pearls of Obstetrics and Gynecology (2001) Boston Medical Publishing Company pp. 425-432.


## MEDIA

1998: Wyeth Ayerst Laboratories Promotional video on Crinone 8% Progesterone Vaginal Gel use in Assisted Reproductive Technologies

1998: "Medical Answers: Infertility"  WNVT-TV Public Broadcasting System 10-11PM November 25th, 1998

1999: "Let's Talk Health: Infertility" WPHT 1210AM Radio Talk show March 7, 1999

1999: Channel 3 KYW TV interview on IVF March 30, 1999

1999: KYW 1210 AM Talk Radio interview on IVF April 2, 1999


## INVITED LECTURES

American Hungarian Medical Society Annual Meeting; The Male Reproductive System as a Target of Various Toxicants, Sarasota, October 1987.

American Hungarian Medical Society Annual Meeting; Recent Progress in Infertility Evaluation, Sarasota, October 1990.

American Hungarian Medical Society Annual Meeting; Treatment Approaches to the Patient With Chronic Pelvic Pain, Sarasota, October 1991.

F. Bayard Carter Society of Obstetricians and Gynecologists, 41rst Annual Meeting; Between in vivo and in vitro: stage-specific seminiferous tubule cultures as a tool in mechanistic reproductive toxicology, Charleston, October 1992.

Medical Endocrinology/Pediatric Endocrinology Conference at the University of North Carolina Memorial Hospital; Panhypopituitarism, Chapel Hill, April, 1994.

Nash General Medical Center Department of Obstetrics and Gynecology Grand Rounds; Androgen Insensitivity Syndrome, Rocky Mount, April 1994.

Memorial Mission Hospital Grand Rounds; Androgen Secreting Tumors of the Ovary, Asheville, June 1994.

New Hanover Memorial Hospital, Department of Obstetrics and Gynecology Grand Rounds; Alternatives to Hysterectomy: Update of the recent NIH conference, Wilmington, August 1994.

F. Bayard Carter Society of Obstetricians and Gynecologists, 44th Annual Meeting; Transvaginal Ultrasound Assessment of Uterine Receptivity, Durham, September 1994.

National Institutes of Environmental Health Sciences Reproductive Biology Seminar Series; Characterization of Integrin Expression in Human Endometrium, Research Triangle Park, January 1995.

Maria Parham Hospital Grand Rounds; Endocrine Etiologies of Amenorrhea, Henderson, February 1995

New Hanover Memorial Hospital, Department of Obstetrics and Gynecology Grand Rounds; Hyperprolactinemia, Wilmington, March 1995.

Lehigh University, Department of Molecular Biology Seminar, Integrins as Markers of Uterine Receptivity, March, 1995.

New Hanover Memorial Hospital, Department of Pediatrics Grand Rounds; Precocious Puberty, Wilmington, April 1995.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Advanced Reproductive Technologies, March 1996.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Ovulation Induction Strategies, March 1997

Lehigh University, Department of Molecular Biology Seminar, The Diagnostic Dilemma of Identical (monozygotic) Male/Female Twin Siblings, October, 1997.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Advances in In Vitro Fertilization, November 1998.

Pennsylvania Hospital, Greater Philadelphia Comprehensive OB/GYN Review Course, Spontaneous Abortion, Recurrent Abortion, and Ectopic Pregnancy, April 10, 1999.

Research Triangle Area Reproductive Endocrinologists, Towards optimizing Blastocyst Development, Chapel Hill, October 1999

University of Florida, Division of Reproductive Endocrinology, Towards optimizing Blastocyst Development, Gainesville, October, 1999

Jefferson Medical College, Assisted Reproductive Technologies Symposium, November 1999.

Pennsylvania Hospital, Greater Philadelphia Comprehensive OB/GYN Review Course, Spontaneous Abortion, Recurrent Abortion, and Ectopic Pregnancy, April 8, 2000.

Chestnut Hill Hospital, Department of Obstetrics and Gynecology Grand Rounds, Advances in ART, Chestnut Hill, May 2001

Pennsylvania Pharmacists Association, The Newest Gonadotropin Therapies, Philadelphia, July, 2002

**Abington Reproductive Medicine, P.C.**
Jay S. Schinfeld, M.D.
Stephen G. Somkuti, M.D., Ph.D.
Larry I. Barmat, M.D.
Minoos Hosseinzadeh, M.D.



Sidney G. Leech
Goodell, deVries, Leech and Dann, LLP
Attorneys at Law
One South St., 20ᵗʰ Floor
Baltimore, MD 21202

**EXHIBIT B**

Re: Elizabeth Ann Mahoney V. Eli Lilly and Company, et al

Dear Mr. Leech:

I have reviewed the medical records on Ms. Elizabeth Ann Mahoney and her claim that exposure to maternal ingestion of DES in utero has caused her to have infertility. I am a board certified Obstetrician Gynecologist and subspecialty certified Reproductive Endocrinologist with 14 years of experience having treated thousands of patients with infertility, including those with DES exposure. I have lectured extensively on recurrent miscarriage and I have recently authored a textbook on Obstetrics and Gynecology.

In my opinion, Ms. Mahoney has known risk factors for her infertility that she has suffered and within a reasonable degree of medical certainty her DES exposure is an unlikely cause.

Ms. Mahoney has a prior history of cigarette smoking as noted on 5/26/1995. This is again noted on an intake form dated 1/9/06. It is a known risk factor that smoking may diminish egg quality and increase the risk of fertility problems.

Ms. Mahoney underwent a laparoscopy on 11/15/1989 and was found to have pelvic adhesions and the right ovary was noted be adhered to the posterior leaf of the broad ligament. In addition, a left paratubal cyst was also removed. There is also a notation that she had a previous surgery with a cystectomy as a child but I did not see an operative note for this. She also had a laparotomy for a ruptured right ampullary ectopic pregnancy on 8/21/1996 with evacuation of a hemoperitoneum and a salpingostomy to remove the ectopic. She also underwent a hysteroscopy on 3/23/2006 where filmy intrauterine adhesions were found and lysed. Once these adhesions were removed, the tubal ostia were both then visualized. The uterus was also noted to be arcuate in shape. I have not see any hysterosalpingogram pictures.

I do not see that she had a Chlamydia antibody titer anywhere on the chart indicating a prior exposure. A note from 6/5/1986 states she requests oral contraceptive pills at age 18. A note on 12/7/1987 state she is sexually active and undergoes multiple treatments for vaginal warts/condyolmata. There is a note on 12/14/1987 that she receives sexually transmitted disease counseling. It is known that women with previous sexually transmitted diseases are at risk for pelvic adhesions and scarring as well as microscopic fallopian tube scarring that predisposes one to fertility problems as well as ectopic pregnancies.

1245 Highland Avenue, Suite 404     (215) 887-2010  (215) 887-3291 fax
Abington, Pennsylvania 19001        www.abington-repromed.com

Ms. Mahoney has a history of irregular menstrual cycles as noted on 3/28/1988. There is again reference to irregular and heavy periods with skipping months on 1/23/2002.

Ms. Mahoney underwent a consultation with Boston IVF with her new partner on 1/9/2006. Dr. Berger states that Ms. Mahoney has had long standing infertility of five to six years. The recommendation at that time is to perform a hysterosalpingogram and ovarian reserve testing as she is 37 years old and therefore advanced maternal age. I do not see the results of any of these recommendations. In addition, her new partner has had a vasectomy. As a result, they would require the use of IVF with a sperm aspiration procedure for them to achieve a pregnancy (or alternatively undergo a vasectomy reversal attempt).

In summary, Ms. Mahoney has obvious alternative reasons for having infertility. Her history of multiple gynecological surgeries including removal of pelvic adhesions and scar tissue around the ovary as well as tubal surgery for an ectopic pregnancy, a cystectomy, intrauterine scar tissue, irregular periods, smoking, a history of a sexually transmitted disease, a new partner with a vasectomy, and her advanced maternal age all argue for alternative explanations for her situation.

I remain available for further review. I am willing to give depositions and testify at trial at an hourly rate of $600/hr.

Sincerely yours,

Stephen G. Somkuti MD, Ph.D.
Director, The Toll Center for Reproductive Sciences and
Clinical Assistant Professor of Obstetrics and Gynecology
Jefferson Medical College



**Abington Reproductive Medicine, P.C.**
Jay S. Schinfeld, M.D.
Stephen G. Somkuti, M.D., Ph.D.
Larry I. Barmat, M.D.
Minoos Hosseinzadeh, M.D.



**EXHIBIT C**

Sidney G. Leech
Goodell, deVries, Leech and Dann, LLP
Attorneys at Law
One South St., 20th Floor
Baltimore, MD 21202

Re: Alicia Benting v. Eli Lilly & Company et al.

Dear Mr. Leech:

I have reviewed the medical records on Ms. Alicia Benting and her claim that exposure to alleged maternal ingestion of DES in utero has caused her malformation of her reproductive organs. I am a board certified Obstetrician Gynecologist and subspecialty certified Reproductive Endocrinologist with 13 years of experience having treated thousands of patients with infertility, including those with DES exposure. I have lectured extensively on recurrent miscarriage and I have recently authored a review textbook on Obstetrics and Gynecology.

In my opinion, there is a question as to whether Ms. Benting was even exposed to DES during the pregnancy. A careful review of Martha Conrad Mills Mahoney's (her mother) prenatal records from 4/16/1969 to 1/23/1970 reveals no evidence that the medication DES was prescribed to her while pregnant with Ms. Benting. This is in contradistinction to Mrs. Mahoney's previous pregnancy where there is extensive documentation of DES being prescribed by the same treating physician.

A pelvic ultrasound performed for pelvic pain on 2/9/2005 states she had two complex cysts in her left ovary. A note from 5/9/2005 states that she had undergone cryosurgery in the past for an abnormal pap smear. The cryosurgery procedure is a known risk factor for developing cervical stenosis. At that point she had been attempting pregnancy for 15 months. She is also counseled on the impact of her advanced maternal age and conception. A hysterosalpingogram was unsuccessful due to cervical stenosis. A note from Dr. Janice Fox on 6/13/2005 states Ms. Benting never saw a clear ovulation on an ovulation predictor kit. She was placed on one cycle of the ovulation induction medication clomiphene citrate.

Ms. Benting undergoes a cervical dilation procedure on 9/22/2005. She then subsequently achieves a spontaneous conception within four months. She has a consultation with the maternal fetal medicine service. Dr. Lydia Lee outlines that there is controversy for a cerclage placement in the absence of a history of cervical

1245 Highland Avenue, Suite 404    (215) 887-2010   (215) 887-3291 fax
Abington, Pennsylvania 19001    www.abington-repromed.com

incompetence. Ms. Benting then proceeds through her pregnancy with multiple cervical ultrasound length measurements on 3/26/2006, 3/30/2006, 4/12/2006, 4/19/2006, and on 5/2/2006. A McDonald cerclage is placed on 5/3/2006. Dr. Achilles Athanassiou states on 3/30/2006 that he discusses the controversy surrounding cerclage efficacy. A note from 5/2/2006 states there is a lack of consensus as to at what length of a cervix a cerclage should even be considered. Additional cervical ultrasound measurements are performed on 5/11/2006, 5/18/2006, 6/5/2006, 6/26/2006, and 7/12/2006. Throughout this entire prenatal course, both before and after cerclage placement the cervical length is documented to appear normal and remained long and closed. She delivers a healthy full term six pound two ounce male infant on 9/5/2006 via Pitocin induction for oligohydramnios.

In summary, first and foremost, there is a question as to whether Ms. Benting has even been exposed to DES. Therefore, with undocumented, alleged DES exposure, a previous cryosurgery procedure increasing her risk for cervical stenosis, subsequent cervical dilation and resultant pregnancy, no evidence of cervical incompetence before or after a cerclage placement, a full term delivery of a healthy child, a history of ovarian cysts, possible anovulation, and her advanced maternal age, all suggest alterative explanations for her reproductive situation.

I remain available for further review. I am willing to give depositions and testify at trial at an hourly rate of $600/hr.

Sincerely yours,

Stephen G. Somkuti MD, Ph.D.
Director, The Toll Center for Reproductive Sciences and
Clinical Assistant Professor of Obstetrics and Gynecology
Jefferson Medical College

CURRICULUM VITAE

LEONARD J. LERNER, PH.D. **EXHIBIT D**

| | |
|---|---|
| OFFICE ADDRESS | Department of Biochemistry and Molecular Pharmacology |
| | Jefferson Medical College |
| | Thomas Jefferson University |
| | 1020 Locust Street |
| | Philadelphia, PA 19107 |
| | Tel: (215) 503-5563 |
| | |
| HOME ADDRESS | C-5 Windsor Castle |
| | Cranbury, NJ 08512 |
| | Tel: (609) 448-5191 |
| | |
| PLACE OF BIRTH | New Jersey, USA. |

EDUCATION

| 1954 | Ph.D. | Rutgers University, Graduate School, New Brunswick, N.J. |
|---|---|---|
| 1953 | M.S. | Rutgers University, Graduate School, New Brunswick, N.J. |
| 1951 | B.A. | Rutgers University, Newark Colleges of Arts and Sciences, Newark, N.J. |
| 1950 | | New York University, Graduate School of Arts and Sciences, New York, N.Y. |
| 1943 | B.S. | Rutgers University, College of Pharmacy, Newark, N.J. |

SPECIAL POST-GRADUATE TRAINING

Pathology, University of Cincinnati Medical School; Administration and Management courses taught by faculty from Columbia University and Others.

PAST AND PRESENT AREAS OF RESEARCH INTEREST

Reproductive Physiology, Adrenal Physiology, Endocrine Cancer, Hormone Antagonism, Nutrition-Endocrine Interrelationships, Central Nervous System-Hormonal and Behavioral Interrelationships, Neuroendocrinology, Growth and Development Physiology, Prenatal and Postnatal Hormonal Balance, Gerontology, Atherosclerosis, Hypocholesterol and Lipid Regulating Agents, Hypoglycemic Agents, Anti-Inflammation, Drug Activity as Related to Pharmaceutical Vehicle, Veterinarian Endocrinology, Diabetes and Hormone Receptors, Insulin and Cardiac Calcium.

MAJOR ACCOMPLISHMENTS IN DRUG RESEARCH

First anti-estrogens leading to drugs used to induce ovulation in the treatment of infertility and for in vitro fertilization, for treatment of breast and uterine cancers, and for altering blood lipids in cardiovascular disease.

First anti-androgens leading to drugs used to treat prostatic carcinomas, benign prostatic hypertrophy, hirsutism and acne.

Development of potent steroidal and non-steroidal anti-inflammatory drugs used orally, parentally and topically.

First injectable long-acting anti-inflammatory corticoid

First injectable long-acting steroidal contraceptive and progestational agent.

First multiphasic oral contraceptive.

Aromatase enzyme (estrogen synthatase) inhibitor.

First agents to inhibit prostaglandin metabolism.

## MEMBERSHIP IN SCIENTIFIC SOCIETIES

Endocrine Society
American Association for the Advancement of Science (Fellow)
American Physiology Society
New York Academy of Sciences (Fellow)
American Association for Cancer Research
Sigma Xi
American Society for Pharmacology and Experimental Therapeutics
American Fertility Society
The International Society for Research in the Biology of Reproduction
Society for the Study of Reproduction
Society for Experimental Biology and Medicine
International Study Group for Steroid Hormones

## SPECIAL SCIENTIFIC ACTIVITIES

Member of Special Review Committee of the National Cancer Institute

Chairman, Section on Biological and Medical Sciences, New York Academy of Sciences

Vice-Chairman, Section on Biological and Medical Sciences, New York Academy of Sciences

Member of Bureau of Biological Research of Rutgers University

Member of National Cancer Institute, Breast Cancer Task Force

Member of WHO Task Force on Methods for Regulation of Ovum Transport

Member of WHO Task Force on Pharmacological Models

Member of Special Panel Reviewing Biological and Pharmacological Activities of Progestational Drugs for the Food and Drug Administration

Chairman of Guidelines Committee on Long Term Drug Surveillance

Member of Organizing Committee of International Conference on Prostaglandins, Florence, Italy

Members of Organizing Committee of the Italian Group of New York Academy of Sciences

Member of the Steering Committee of the International Study Group for Steroid Hormones

Member of International Committee, Steering Committee and Program Committee of International Study Group for Steroid Hormones Annual Conferences

Member of the Program Committee of 78th Annual Meeting of the American Association for Cancer Research

Member of the Animal Care and Experimentation Committee of the Society for the Study of Reproduction

Member of the New York Academy of Sciences Advisory Panel of the Animal Research Committee

Liaison between the above two committees

Organizer of an International Meeting on Animals in Research

Member of the Scientific Advisory Board, First International Symposium on Hormonal Carcinogenesis, Cancun, Mexico 1991

Reviewer of grant proposals for U.S. Dept. of Agriculture, studies in reproduction

Chairman on Committee of Professional Education, American Diabetes Association New Jersey Affiliate

Member of the Board of Directors, American Diabetes Association New Jersey Affiliate

Member of the Concept Review Committee of N.I.H. National Cancer Institute and National Heart Lung and Blood Institute (Long Term Treatment with Tamoxifen as a Prophylaxis Against Breast Cancer, Osteoporosis and Cardiovascular Disorders)

Member of Special Review Committee of National Cancer Institute (Long Term Treatment Comparison of Tamoxifen and Raloxifene as Prophylaxis Against Breast Cancer, Osterporosis and Cardiovascular Disorders)

Member of the First International Congress on Hormonal Steroids Organizing Committee (1964)

Member of the Second International Congress on Hormonal Steroids Program Committee (1966)

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1991-pres. | Adjunct Professor, School of Nursing, University of Pennsylvania, Philadelphia, PA |
| 1990-1991 | Lecturer in Pharmacology, School of Nursing, University of Pennsylvania, Philadelphia,PA |
| 1988-pres. | Professor of Pharmacology, Department of Pharmacology, Jefferson Medical College, Thomas Jefferson University, Philadelphia, PA.  Now Department of Biochemistry and Molecular Pharmacology. |
| 1977-pres. | Research Professor, Departments of Obstetrics and Gynecology and Pharmacology, Jefferson Medical College of Thomas Jefferson University, Philadelphia, PA |
| 1971-1985 | Visiting Professor in Obstetrics and Gynecology, Hahnemann Medical School, Philadelphia, PA |
| 1971-1977 | Director, Department of Endocrinology, Lepetit Research Laboratories, Gruppo Lepetit S.P.A., Milano, Italy.  Now Sanofi-Adventis. |
| 1965-1970 | Director, Department of Endocrinology, Squibb Institute for Medical Research, New Brunswick, NJ |
| 1958-1965 | Section Head of Endocrinology, Squibb Institute for Medical Research, New Brunswick, NJ |
| 1954-1958 | Section Head in Endocrine Research, William S. Merrell Company, Cincinnati, Ohio |

## TEACHING

Endocrine Pharmacology in the Medical Pharmacology course for medical students at The Thomas Jefferson University (1977-1992)

Drug discovery and development lecture in the General Pharmacology course for graduate students at The Thomas Jefferson University (1979-1987)

Female and Fetal Pharmacology course for graduate students in the School of Nursing, University of Pennsylvania.  Course organizer and lecturer (1990-present)

Physiology of Pregnancy and the Fetus course for graduate students in the School of Nursing, University of Pennsylvania.  Course organizer and lecturer (1992-present)

Maternal and Fetal Response to Drug Treatment During Pregnancy and Lactation lecture to continuing education students in the School of Nursing, Rutgers University (1996)

Long Term Hormone Replacement Treatment and Osteoporosis lecture to Pharmacist Associations continuing education course in a number of locations in Pennsylvania and New Jersey (1991-1993)

Pathophysiology of Diabetes lectures in a continuing education course for nurses, pharmacists, nutritionists and other health providers sponsored by the American Diabetes Association and the University of Pennsylvania (1979-1991) presented throughout the United States

Pharmacology of Diabetes Drugs lectures in a continuing education course for nurses, pharmacists, nutritionists and other health providers, sponsored by the American Diabetes Association and the University of Pennsylvania (1979-1991) presented in various locations in the United States

CONSULTANT

World Health Organization, Geneva, Switzerland

Food and Drug Administration

Scientific Advisory Board of Progenics, Inc.

NCI-CIDAC Cancergram-Organ Site Carcinogenesis: Reproductive Tract

International and national pharmaceutical companies:  Squibb, Johnson and Johnson, Pitman-Moore, Mead-Johnson, Parke Davis, Bristol Myers, Imperial Chemical Corporation, Lepetit, Dow Chemical, Montedison Chemical, Farmitalia Carlo Erba and others.

EDITORIAL BOARDS

| | |
|---|---|
| 1966-1986 | Steroids |
| 1986-1972 | Transactions of the New York Academy of Sciences |
| 1988-1992 | The Office Nurse |

AWARDS AND HONORS

| | |
|---|---|
| 1963 | Invited Lecturer at Laurentian Hormone Conference (Recent Progress in Hormone Research) |
| 1963 | Elected Fellow of The American Association for the Advancement of Science |
| 1968 | Elected Fellow of The New York Academy of Sciences |
| 1987 | Cover subject of "Cancer Research", Vol 45, March 1 |
| 1989 | Recipient of Eighth Cain Memorial Award, 80th Annual meeting of the American Association for Cancer Research, San Francisco, Calif. May 24-27 |

CO-EDITOR

"Research on Steroids", Vol. VI(1975), Vol. VII(1977) North Holland Press (Amsterdam); and Vol. VIII (1978), Academic Press, London and New York

BOOK REVIEWER

"Steroids"
"International Journal of Fertility"
"Science Books" (approximately 50 reviews)

**MANUSCRIPT REVIEWER**

A number of scientific journals, annuals and books

**PUBLICATIONS**

Approximately 160 papers and chapters

**PATENTS**

Approximately 30 patents have been granted in the USA plus additional foreign patents have been issued.