IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIZABETH ANN MAHONEY, et al. | * | |
| Plaintiffs | * | Civil Action No.: |
| vs. | * | 1:06-CV2043(RMU) |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

**LANNETT COMPANY, INC.'S**
**EXPERT WITNESS DISCLOSURE STATEMENT**

Lannett Company, Inc., Defendant, by its undersigned counsel and pursuant to Fed. R. Civ. Proc. 26(a)(2) and in accordance with the Court's Pretrial Scheduling Order, hereby submits its Expert Witness Disclosure Statement and states as follows:

A. Lannett Company, Inc. reserves the right to present expert testimony from any physician or healthcare provider who has treated or evaluated the Plaintiff at her request or on her behalf at any time.

B. Lannett Company, Inc. hereby adopts the expert witness designations and reports disclosed by Co-Defendants in this action to the extent those opinions are not in conflict with Lannett Company, Inc.'s positions in this matter and reserves the right to present expert witness evidence from any witness designated or identified by any party in this case. Lannett Company, Inc. also reserves the right to call any expert witnesses identified, designated or called by the Plaintiff in this action. This disclosure is not a waiver of Lannett Company, Inc.'s right to object to the relevance of proposed testimony,

however, or otherwise to object to proposed testimony from experts designated by the Plaintiff or Defendants.

  C. Lannett Company, Inc. reserves the right to amend and supplement its expert witness designations since discovery is ongoing, reserves the right to designate additional expert witnesses as rebuttal witnesses, and reserves the right to enlarge the scope of a given witness' testimony as discovery progresses and as necessary to rebut evidence given by witnesses for other parties.

            Respectfully submitted,

            */s/ Kathleen M. Bustraan*
            Kathleen M. Bustraan
            Bar No.: MD24417
            Lord & Whip, P.A.
            Charles Center South
            36 S. Charles Street, 10th Floor
            Baltimore, Maryland 21201
            410-539-5881
            Attorneys for Lannett Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2008 the following copy of Lannett Company, Inc.'s Expert Witness Disclosure Statement was sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Aaron Bailey, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, New York 10022

Lawrence H. Martin, Esquire
Foley Hoag, LLP
1875 K. Street, NW, Suite 800
Washington, DC.  20006-1238

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

Elizabeth A. Billingsly, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Sallie F. Pullman, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

James J. Dillon, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center
Boston, MA 02210-2600

Ashley Hardin, Esquire
Williams & Connelly, LLP
725 12th Street, NW
Washington, DC 20005

                                   /s/ Kathleen M. Bustraan
                                   Kathleen M. Bustraan

396424