IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH ANN MAHONEY,** *et al.* | : |
| Plaintiffs, | : |
| vs. | : Civil Action No. 1:06-cv-02043 (RMU) |
| **ELI LILLY & COMPANY,** *et al.* | : |

**WYETH'S EXPERT WITNESS
DISCLOSURE STATEMENT**

Defendant Wyeth, by its undersigned counsel and pursuant to Fed. R. Civ. Proc. 26(a)(2), and in accordance with the Court's Pretrial Scheduling Order, hereby submits its Expert Witness Disclosure Statement and states as follows:

A. Wyeth reserves the right to present expert testimony from any physician or healthcare provider who has treated or evaluated the Plaintiff at her request or on her behalf at any time.

B. Wyeth hereby adopts the expert witness designations and reports disclosed by Co-Defendants in this action to the extent that those opinions are not in conflict with Wyeth's positions in this matter and reserves the right to present expert witness evidence from any witness designated or identified by any party in this case. Wyeth also reserves the right to call any expert witnesses identified, designated or called by the Plaintiff in this action. This disclosure is not a waiver of Wyeth's right to object to the relevance of the proposed testimony, however, or otherwise to object to proposed testimony from experts designated by the Plaintiff or Defendants.

C. Wyeth reserves the right to amend and supplement its expert witness designations since discovery is ongoing, reserves the right to designate additional expert witnesses as rebuttal

- 2 -

witnesses, and reserves the right to enlarge the scope of a given witness's testimony as discovery progresses and as necessary to rebut evidence given by witnesses for other parties.

    Respectfully submitted,

/s/     F. Lane Heard III
F. Lane Heard III

    WILLIAMS & CONNOLLY LLP
    725 12th Street, NW
    Washington, DC 20005-5901
    (202) 434-5000

*Attorneys for Wyeth*

DATED:  January 24, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2008 a true and correct copy of the foregoing Wyeth's Expert Witness Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was via e-mail to the parties listed below.

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street NW
Suite 500
Washington, D.C. 20036
aaronlevinelaw@aol.com

Lawrence H. Martin
Foley Hoag, LLP
1875 K Street NW, Suite 800
Washington, DC 20006-1238
lmartin@foleyhoag.com

Elizabeth A. Billingsly
Troutman Sanders, LLP
1660 International Drive
Suite 600
McLean, VA 22102
Elizabeth.billingsly@troutmansanders.com

Sidney G. Leech
Goodell Devries Leech & Dann, LLP
1 South Street
Twentieth Floor
Baltimore, MD 21202
sgl@gdldlaw.com

Aaron Bailey
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022
abailey@goodwinprocter.com

James J. Dillon
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center
Boston, MA 02210-2600
jdillon@foleyhoag.com

Elizabeth Ewert
Drinker, Biddle and Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005-1209
elizabeth.ewert@dbr.com

Kathleen M. Bustran
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, Tenth Floor
Baltimore, MD 21201
bustraan@lordwhip.com

Sallie F. Pullman
Goodwin Proctor, LLP
901 New York Avenue NW
Washington, DC 20001
spullman@goodwinprocter.com

/s/   F. Lane Heard III
F. Lane Heard III