IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH ANNE MAHONEY, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) Case No. 1:06CV02043RMU |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## DEFENDANT PHARMACIA & UPJOHN COMPANY LLC'S
## EXPERT WITNESS DISCLOSURE STATEMENT

Defendant Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company ("Upjohn"), by its undersigned counsel and pursuant to Fed. R. Civ. Proc. 26(a)(2) and in accordance with this Court's Pretrial Scheduling Order, hereby submits its Expert Witness Disclosure statement as set forth below:

A. Upjohn reserves the right to present expert testimony from any healthcare provider or physician who as evaluated or treated Plaintiff at any time.

B. Upjohn hereby adopts the expert witness designations and reports disclosed by Co-Defendants insofar as the opinions do not conflict with Upjohn's positions in this matter. Upjohn reserves the right to present expert witness evidence from any witness designated or identified by any party to this case. Upjohn further reserves the right to call expert witnesses designated, identified, or called by Plaintiff in this action. Upjohn does not waive any right to object to the proposed testimony from experts designated by Co-Defendants or Plaintiff.

C. Upjohn reserves the right to supplement and amend and supplement its expert witness designations as discovery is ongoing, also reserves the right to designate additional expert witnesses as rebuttal witnesses, and reserves the right to enlarge the scope of a given witness' expert testimony.

-2-

By: /s/Elizabeth Ewert
Elizabeth Ewert (#479368)
Michael J. McManus (#262832)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

*Attorneys for Pharmacia & Upjohn Company LLC*

Dated: January 25, 2008

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2008, a copy of the above and foregoing **Expert Witness Disclosure Statement** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert