UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------X
: 
ELIZABETH MAHONEY :
and :
ALICIA and RICHARD BENTING : Civil Action No. 06-02043-(RMU)
:
Plaintiffs, :
:
v. :
:
ELI LILLY AND COMPANY, et al. :
:
Defendants. :
:
------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.**

Plaintiffs Alicia and Richard Benting, through their undersigned counsel, Steven J. Lewis of Aaron M. Levine & Associates, and Defendant Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Sarah S. Keast, of Goodwin Procter LLP, hereby stipulate that Plaintiffs Alicia and Richard Benting' claims against Premo Pharmaceutical Laboratories, Inc., <u>only</u>, may and shall be dismissed with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

Respectfully submitted,

**/s/ Steven J. Lewis (by permission)**
Steven J. Lewis (Bar # 472564)
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiffs*
*Alicia and Richard Benting*

Sarah S. Keast (Bar # 493632)
Goodwin Procter LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4109
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 10, 2008, a copy of the above and foregoing has been duly served upon counsel of record via ECF or first class U.S. Mail, postage pre-paid, to the following:

 Aaron M. Levine, Esq.
 Brandon J. Levine, Esq.
 Renee L. Robinson-Meyer, Esq.
 Steven J. Lewis, Esq.
 Benjamin J. Copper, Esq.
 Aaron M. Levine & Associates, PA
 1320 19th Street, NW, Suite 500
 Washington, DC 20036
 *Attorneys for Plaintiff*

 John Chadwick Coots, Esq.
 Judith O'Grady, Esq.
 Michelle Mangrum, Esq.
 Shook, Hardy & Bacon LLP
 600 14th Street, NW
 Suite 800
 Washington, DC 20005
 Attorneys for Defendant
 *Eli Lilly & Company*

 Sidney G. Leech, Esq.
 Goodell, Devries, Leech & Dann LLP
 One South Street
 Suite 2000
 Baltimore, MD 21202
 Attorney for Defendant
 *E.R. Squibb & Sons, Inc.*

 Craig C. Reilly, Esq.
 Richards McGettigan Reilly & West, P.C.
 1725 Duke Street, Suite 600
 Alexandria, VA 22312
 Attorney for Defendant
 *Dart Industries, Inc., p/k/a*
 *Rexall Drug Company, Inc.*

Elizabeth Ewert, Esq.
Drinker Biddle LLP
1500 K Street, NW
Washington, DC 20005
Attorney for Defendant
*The Upjohn Company*

F. Lane Heard, III
Williams & Connolly LLP
725 Twelve Street, N.W.
Washington, D.C. 20005
Attorney for Defendant
*Wyeth*

                                                                                 Sarah S. Keast