IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH ANN MAHONEY, and
ALICIA BENTING, and
RICHARD BENTING,

        Plaintiffs,

v.

ELI LILLY AND COMPANY *et al.*,

        Defendants.

Civil Action No. 06-CV-02043 (RMU)

**DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SUSPEND CASE
DEADLINES PENDING RESOLUTION OF ITS MOTION TO TRANSFER**

Defendant Eli Lilly and Company ("Lilly") hereby moves for a suspension of the current case deadlines pending resolution of its Motion to Transfer to the District of Massachusetts (Docket No. 30). As grounds for its motion, Lilly states:

1.    Discovery currently closes on March 24, 2008. A status conference is scheduled for March 31, 2008 at 9:45 a.m. Dispositive motions are due April 23, 2008. No party has previously requested a change to the Court's minute entry Scheduling Order issued on August 27, 2007.

2.    The parties have been working together to complete discovery in this action. Written discovery has been exchanged and responses received. The fact depositions of plaintiffs were completed on February 19, 2008. The fact depositions of plaintiffs' parents were completed on March 3, 2008. No expert discovery has occurred.

3.    As Lilly argues in its Motion to Transfer, the written discovery and fact depositions completed thus far make clear that transfer to the District of Massachusetts is

appropriate in this case. Plaintiffs reside in Massachusetts. All of plaintiffs' treating physicians practice in Massachusetts. Plaintiffs' case-specific expert on causation practices in Massachusetts. All of plaintiffs' purported experts on product identification who have yet to be deposed reside in Massachusetts. The drug at issue in this action was prescribed, purchased and ingested in Massachusetts. All the factors that the Court will weigh in resolving Lilly's Motion to Transfer point to the District of Massachusetts as the appropriate forum for this case.

4. Despite the parties' efforts, Lilly does not believe that all fact and expert depositions will be scheduled and completed by March 24, 2008. Lilly's has informed plaintiffs' counsel that it intends to take the depositions of the following witnesses identified in plaintiffs' expert disclosures:

- Dr. Brian Berger, M.D. (causation expert; Quincy, Massachusetts);
- Dr. Philip Sullivan (DES standard of care expert; Monument Beach, Massachusetts);
- Frank Maffa (product identification expert; Medford, Massachusetts); and
- Louis Imbriano (product identification expert; East Boston, Massachusetts).

The parties are currently working to schedule dates for these depositions, all of which will be held in or around Boston, Massachusetts.

5. In light of Lilly's Motion to Transfer and the fact that discovery will not be completed by March 24, 2008, Lilly respectfully requests that the Court suspend the current case deadlines until its Motion to Transfer has been resolved. If the Court orders transfer to the District of Massachusetts, there will be no need to reset the case deadlines. If the Court denies transfer, a status conference can be scheduled to reset the case deadlines.

6. Lilly has reviewed and considered Requirements 5 and 6 of the Court's Standing Order for Civil Cases (Docket No. 18) in drafting the present Motion. The parties cannot

provide agreed-upon alternate dates for the remaining case deadlines without knowing the Court's timeline for resolving Lilly's Motion to Transfer.

      WHEREFORE, Lilly respectfully requests that its Motion to Suspend Case Deadlines Pending Resolution of its Motion to Transfer be GRANTED.

      Respectfully submitted,

ELI LILLY AND COMPANY
By its attorneys,

/s/ James J. Dillon
James J. Dillon, D.C. Bar No. 485593
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, Massachusetts 02210-2600
(617) 832-1000

Dated: March 14, 2008

## LCvR 7(m) CONFERRAL CERTIFICATE

      I hereby certify that counsel for Lilly conferred with counsel for plaintiffs and counsel for remaining co-defendants on March 11, 2008 regarding Lilly's Motion to Suspend Case Deadlines Pending Resolution of its Motion to Transfer.

/s/ James J. Dillon
James J. Dillon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH ANN MAHONEY, and<br>ALICIA BENTING, and<br>RICHARD BENTING,<br><br>             Plaintiffs,<br><br>       v.<br><br>ELI LILLY AND COMPANY *et al.*,<br><br>             Defendants. | Civil Action No. 06-CV-02043 (RMU) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Suspend Case Deadlines Pending Resolution of its Motion to Transfer and for good cause shown, it is this _____ day of _____, 2008;

ORDERED that Lilly's Motion to Suspend Case Deadlines Pending Resolution of its Motion to Transfer be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that all case deadlines in this action are hereby suspended pending the Court's resolution of Lilly's Motion to Transfer. If Lilly's Motion to Transfer is denied, the Court will schedule a status conference to reset the case deadlines.

_____
Hon. Ricardo M. Urbina
U.S. District Court Judge

B3475752.1