UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
ELIZABETH MAHONEY, et al.,                )
                                          )
         Plaintiffs,                      ) CIVIL ACTION No. 06-2043 (RMU)
    v.                                    ) Next Event: Discovery Closes
                                          )         March 24, 2008
ELI LILLY AND COMPANY, et al.             )
                                          )
         Defendants.                      )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**PLANTIFFS' OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SUSPEND CASE DEADLINES PENDING RESOLUTION OF ITS MOTION TO TRANSFER**

COME NOW Plaintiffs, through counsel, and oppose the motion of Defendant Eli Lilly and Company ("Lilly") to suspend case deadlines pending resolution of its motion to transfer, and as grounds therefore, state:

There is no need to force this case to grind to a halt while the Court considers the motion to transfer. Discovery is essentially over; Lilly concedes that all it needs to do now is take four expert depositions, even though Lilly has known of these experts for almost six months since Plaintiffs' expert disclosures of November 26, 2007. Plaintiffs will guarantee the attendance and participation of their experts in any deposition on pain of their exclusion from this case. There is therefore no need to suspend discovery to ensure these depositions.

No pre-trial or trial date is set in this case; should this case require transfer to the District of Massachusetts for trial, the Court can make such a ruling after summary judgment, thus preserving the flow of the case and allowing an expeditious resolution to this case. Plaintiff Elizabeth Mahoney is seeks compensation for her infertility so she may adopt a child or

1

commence surrogacy. Ms. Mahoney will turn forty this year and has little time left on her "biological clock"; further delay will prevent her from ever becoming a mother.

Lilly's statement that "[t]he parties cannot provide agreed-upon alternate dates for the remaining case deadlines" is only true insofar as Lilly will not agree to any future deadlines while its Motion to Transfer is pending. Plaintiffs already told Lilly's counsel that they will consent to an extension of discovery to encompass these four depositions. Plaintiffs are willing to schedule new dates with Lilly regarding these depositions and further necessary dates.

WHEREFORE, for the foregoing reasons, the Court should deny Lilly's Motion to Suspend Case Deadlines Pending Resolution of Its Motion to Transfer.

Respectfully submitted,

AARON M. LEVINE AND ASSOCIATES


   /s/ Aaron M. Levine
Aaron M. Levine, #7864
1320 Nineteenth Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040

COUNSEL FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
ELIZABETH MAHONEY, et al.,                )
                                          )
       Plaintiffs,                       ) CIVIL ACTION No. 06-2043 (RMU)
   v.                                     ) Next Event: Discovery Closes
                                          )             March 24, 2008
ELI LILLY AND COMPANY, et al.             )
                                          )
       Defendants.                       )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

## **(PROPOSED) ORDER**

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Suspend Case Deadlines Pending Resolution of Its Motion to Transfer, Plaintiffs' Opposition thereto, and for good cause shown, it is hereby ORDERED that Defendant Eli Lilly and Company's Motion to Suspend Case Deadlines is hereby DENIED.

 

_____
The Honorable Ricardo M. Urbina
United States District Judge