IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH ANN MAHONEY, and<br>ALICIA BENTING, and<br>RICHARD BENTING,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ELI LILLY AND COMPANY *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 06-CV-02043 (RMU) |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF LYNN M. ZUCHOWSKI

Defendant Eli Lilly and Company, by and through James J. Dillon, an active member of the United States District Court for the District of Columbia, hereby moves for the *pro hac vice* admission of Lynn M. Zuchowski as co-counsel for the purpose of litigating the above-captioned case, and in support thereof avers as follows:

　　1.　　As demonstrated by the attached affidavit, Lynn M. Zuchowski is a member in good standing of the bar of Massachusetts, and of the United States District Court of Massachusetts, and is an attorney with the law firm of Foley Hoag LLP, 155 Seaport Blvd., Boston, Massachusetts 02110, (617) 832-1000, (617) 832-7000 (fax).

　　2.　　Defendant Eli Lilly and Company has in the past employed the firm of Foley Hoag LLP and Lynn M. Zuchowski to represent it, and said attorneys are familiar with the affairs, practices, and policies of said Defendant.

　　3.　　Ms. Zuchowski is well versed and familiar with the local rules of the United States District Court for the District of Columbia.

4.     Plaintiffs' counsel has assented to the granting of this motion.

WHEREFORE, for the foregoing reasons Defendant Eli Lilly and Company respectfully requests that its Motion for Admission *Pro Hac Vice* of Lynn M. Zuchowski be granted.

Respectfully submitted,

ELI LILLY AND COMPANY

/s/ James J. Dillon
James J. Dillon (DC Bar #485593)
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: March 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH ANN MAHONEY, and
ALICIA BENTING, and
RICHARD BENTING,

        Plaintiffs,

v.

ELI LILLY AND COMPANY *et al.*,

        Defendants.

Civil Action No. 06-CV-02043 (RMU)

## AFFIDAVIT OF LYNN M. ZUCHOWSKI

I, Lynn M. Zuchowski, certify as follows:

1. I am an associate in the law firm of Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210-2600.

2. I am a member in good standing of the Massachusetts Bar and have been since I was admitted to that Bar in 2003.

3. I am also admitted to the United States District Court for the District of Massachusetts and the United State Court of Appeals for the First Circuit.

4. There are no disciplinary actions or grievances pending against me; and I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia; I am not currently a member of the District of Columbia bar; and I do not currently have an application pending to become a member of the District of Columbia bar.

Dated: March 28, 2008

_____
Lynn M. Zuchowski

Sworn before me this 28th day of March, 2008.

_____
Notary Public
My commission expires: 5/26/2011

EILEEN ANN D'AMICO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 26, 2011

B3483431.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH ANN MAHONEY, and
ALICIA BENTING, and
RICHARD BENTING,

        Plaintiffs,

v.

ELI LILLY AND COMPANY *et al.*,

        Defendants.

Civil Action No. 06-CV-02043 (RMU)

**ORDER GRANTING *PRO HAC VICE*
ADMISSION OF LYNN M. ZUCHOWSKI**

AND NOW, this ___ day of _____, 2008, this matter having come before the Court on the Motion For *Pro Hac Vice* Admission of Lynn M. Zuchowski, it is Hereby:

ORDERED, that the Motion is GRANTED.

BY THE COURT:

_____
Ricardo M. Urbina,
United States District Judge

B3483438.1