UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------X

ELIZABETH ANNE MAHONEY

        Plaintiff, : Civil Action No. 06-2043-(RMU)

v.

ELI LILLY AND COMPANY, et al.

        Defendants.

------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

Plaintiff Elizabeth Anne Mahoney, through her undersigned counsel, Steven J. Lewis of Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Sarah S. Keast, of Goodwin Procter LLP, hereby stipulate that Plaintiff's claims against Premo Pharmaceutical Laboratories, Inc., <u>only</u>, may and shall be dismissed with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

                              Respectfully submitted,

| | |
|---|---|
| **/s/ Steven J. Lewis (by permission)** | _[signature]_ |
| Steven J. Lewis (Bar # 472564) | Sarah S. Keast (Bar # 493632) |
| Aaron Levine & Associates | Goodwin\|Procter LLP |
| 1320 19th St., N.W., Suite 500 | 901 New York Ave., NW |
| Washington, D.C. 20036 | (202) 346-4109 |
| (202) 833-8040 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Premo Pharmaceutical Laboratories, Inc.* |
| *Elizabeth Anne Mahoney* | |

LIBNY/4715972.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2008, a copy of the above and foregoing has been duly served upon counsel of record via ECF or first class U.S. Mail, postage pre-paid, to the following:

**Aaron M. Levine, Esq.**
**Brandon J. Levine, Esq.**
**Renee Lynne Robinson-Meyer, Esq.**
**Benjamin J. Cooper, Esq.**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
Attorneys for Plaintiff

**James J. Dillon, Esq.**
**Lawrence Hedrick Martin, Esq.**
**Lynn M. Zuchowski, Esq.**
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Attorneys for Defendant
*Eli Lilly & Company*

**Sidney G. Leech, Esq.**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
Attorney for Defendant
*E.R. Squibb & Sons, Inc.*

**Elizabeth Ewert, Esq.**
DRINKER BIDDLE LLP
1500 K Street, NW
Washington, DC 20005
Attorney for Defendants
*Pharmacia and Upjohn Company*

LIBNY/4715972.1

**Kathleen M. Bustraan, Esq.**
LORD & WHIP, P.A.
36 South Charles Street
10th Floor
Baltimore, MD 21201
Attorney for Defendant
*Lannett Company, Inc.*

**F. Lane Heard, III, Esq.**
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Attorney for Defendant
*Wyeth Pharmaceutical, Inc.*

_____
Sarah S. Keast

LIBNY/4715972.1