IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ELIZABETH ANN MAHONEY, et al.   *

    Plaintiffs   *   Civil Action No.:

vs.   *   1:06-CV2043(RMU)

ELI LILLY & COMPANY, et al.   *

    Defendants   *

\*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the undersigned attorneys for the Plaintiffs and the Defendant, Lannett Company, Inc., that the above-entitled action is hereby dismissed with prejudice as against Lannett Company, Inc. and without cause to any party hereto as against the other.

_____
Aaron M. Levine
(Bar No.: 7864)
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040

*Attorney for Plaintiffs*

_____
Kathleen M. Bustraan
(Bar No.: MD24417)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

*Attorney for Defendant,
Lannett Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2008 the foregoing copy of Lannett Company, Inc.'s Stipulation of Dismissal sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Aaron Bailey, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, New York 10022

Lawrence H. Martin, Esquire
Foley Hoag, LLP
1875 K. Street, NW, Suite 800
Washington, DC. 20006-1238

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

James J. Dillon, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center
Boston, MA 02210-2600

Sallie F. Pullman, Esquire
Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

/s/ *Kathleen M. Bustraan*
Kathleen M. Bustraan

2