IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH ANNE MAHONEY, et al., ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| ) | **Case No. 1:06CV02043RMU** |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| **Defendants.** ) | |

## ENTRY OF APPEARANCE

Pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, Constance T. Forkner of the law firm of Williams & Connolly LLP hereby enters her appearance as counsel of record for defendant Wyeth in the above-captioned matter. Ms. Forkner is admitted to practice in this Court.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

        By:    /s/ Constance T. Forkner
            Constance T. Forkner (DC Bar No. 481492)

            725 Twelfth Street, N.W.
            Washington, DC  20005
            Tel:  (202) 434-5000
            Fax:  (202) 434-5029
            cforkner@wc.com

        *Attorney for Defendant Wyeth*

Dated: April 16, 2008

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 16, 2008, a true copy of Wyeth's Entry of Appearance was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

                        /s/ Constance T. Forkner
                        Constance T. Forkner