**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIZABETH MAHONEY *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:     06-2043 (RMU) |
| | : | |
| v. | : | Document No.:     30 |
| | : | |
| ELI LILLY & CO. *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

For the reasons stated in this court's Memorandum Opinion separately and

contemporaneously issued this 22nd day of April, 2008, it is hereby

**ORDERED** that the defendant's motion to transfer is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge