UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIZABETH ANN MAHONEY, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 06-CV-2043 (RMU/AK) |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## PRAECIPE OF DISMISSAL WITH PREJUDICE

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through their counsel, Aaron M. Levine & Associates, P.A., and the Defendant, Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement agreement in the above-captioned case. These parties agree to the dismissal "with prejudice" of the above-captioned case.

Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
202-833-8040
*Attorneys for Plaintiffs*

Sidney G. Leech
D.C. Bar No.: 359071
Goodell, DeVries, Leech & Dann, LLP
Baltimore, Maryland 21202
410-783-4000
*Attorneys for Defendant*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2008, a copy of the foregoing Praecipe of Dismissal With Prejudice was mailed first-class, postage prepaid, to:

Brian Henninger, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendant Pharmacia and Upjohn Company*

Craig Crandall Reilly, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland 21201; *Attorneys for Lannett Company, Inc.*

Neelum J. Wadhwani, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005; *Attorneys for Wyeth*

_____
Sidney G. Leech