IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH ANNE MAHONEY, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, *et al.*, )<br>)<br>*Defendants*. ) | Case No. 1:06CV02043RMU |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Elizabeth Anne Mahoney, Alicia Benting, and Richard Benting ("Plaintiffs"), and Defendant Pharmacia & Upjohn Company LLC (hereinafter "Upjohn") have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn. Further, Plaintiffs and Defendant Upjohn have agreed that Plaintiffs and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| AARON M. LEVINE & ASSOCIATES | DRINKER BIDDLE & REATH, LLP |
|---|---|
| By: _____ <br> Aaron M. Levine (#7864) <br> 1320 - 19th Street, N.W., Suite 500 <br> Washington, D.C. 20036 <br> Telephone: 202/833-8040 <br> *Counsel for Plaintiffs* | By: _____ <br> Elizabeth Ewert (#479368) <br> 1500 K Street, N.W., Suite 1100 <br> Washington, D.C. 20005-1209 <br> Telephone: 202/842-8800 <br> *Counsel for Defendant Pharmacia & Upjohn Company LLC* |